**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division - Detroit**

IN RE Yadao Clifford Maycock-Dorlin

Debtors,

CHAPTER 7
CASE NO. 19-51204
JUDGE Marci McIvor

# ORDER APPROVING PAYMENT OF FILING FEES IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 3A), the court orders that:

The debtor(s) must pay the filing fee according to the following terms:

You must pay $335 on or before 10/04/2019.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on August 06, 2019**

/s/ Marci B. McIvor

Marci B. McIvor
United States Bankruptcy Judge